AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Santos Alejandro Amaya-Moreno

**CRIMINAL COMPLAINT**

Case Number: M-19-3182-M

IAE    YOB: 1990
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Donna, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Santos Alejandro Amaya-Moreno was encountered by Border Patrol Agents near Donna, Texas on December 29, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 29, 2019, near Donna, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on September 26, 2019 through Houston, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 21, 2018 the defendant was convicted of Possession of Controlled Substance and sentenced to three (3) years confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA **S. DIPIAZZA**

Sworn to before me and subscribed in my presence,

**December 31, 2019** - 8:22 a.m.
Date

**Juan F. Alanis**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
**Nicolas Cantu**
Printed Name of Complainant

Signature of Judicial Officer